

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael Kennedy, TDCJ #01516203,
Appellant

No. 06-19-00068-CV          v.

Kaycee Jones, et al., Appellee

Appeal from the 258th District Court of Polk County, Texas (Tr. Ct. No. CIV32610). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we affirm the trial court's prefiling order entered under Section 11.101 of the Texas Civil Practice and Remedies Code. We dismiss the remaining issues on appeal for want of jurisdiction.

We note that the appellant, Michael Kennedy, TDCJ #01516203, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 7, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk